USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

                              Plaintiffs,

- against -

HSBC USA INC. and HSBC BANK USA, NATIONAL ASSOCIATION,

                              Defendants.

13 Civ. 5386 (WHP) (AJP)

**ORDER FOR ADMISSION
PRO HAC VICE**

      The motion of Kristopher R. Davis, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

      Applicant's Name: Kristopher R. Davis

      Firm Name: Latham & Watkins LLP

      Address: 233 South Wacker Drive, Suite 5800

      City/State/Zip: Chicago, Illinois 60606

      Telephone/Fax: (312) 876-7653/(312) 993-9767

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants HSBC USA Inc. and HSBC Bank USA, National Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/20/13