UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

                Plaintiffs,

                -against-

HSBC USA INC. and HSBC BANK USA,
NATIONAL ASSOCIATION,

                Defendants.
------------------------------------------------X

13 Civ. 5386 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       The parties are directed to appear for a conference on July 11, 2014 at 12:00 p.m. All discovery in this action is stayed until that conference. The parties are directed to provide this Court with a status report on June 30, 2014.

Dated: January 13, 2014
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*All Counsel of Record:*

-1-