UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

          Plaintiffs,

- against –

HSBC USA INC. and HSBC BANK USA,
NATIONAL ASSOCIATION,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/29/14

**ORDER**

No. 13 Civ. 5386 (VSB)

VERNON S. BRODERICK, United States District Judge:

      As Counsel may be aware, this case was recently reassigned to the undersigned. All deadlines and schedules ordered by Judge Pauley remain in effect. Thus, in accordance with Judge Pauley's schedule, on June 30, 2014, the parties shall submit a joint status report to the Court. The parties are further instructed to appear for a status conference before the Court in Courtroom 518 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York on July 11, 2014 at 12:00 p.m.

      SO ORDERED.

Dated: January 29, 2014
      New York, New York

Vernon S. Broderick
United States District Judge