UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

                    Plaintiffs,

              -against-

HSBC USA INC. and HSBC BANK USA,
NATIONAL ASSOCIATION,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13 Civ. 5386 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/14

WILLIAM H. PAULEY III, District Judge:

       The parties are directed to appear for a conference on August 1, 2014 at 10:30 a.m. All discovery in this action is stayed until that conference. The parties are directed to provide this Court with a status report on July 18, 2014.

Dated: July 9, 2014
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*All Counsel of Record:*