UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

               Plaintiffs,

               -against-

HSBC USA INC. and HSBC BANK USA,
NATIONAL ASSOCIATION,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13 Civ. 5386 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/14

WILLIAM H. PAULEY III, District Judge:

        By joint report dated July 18, 2014, the parties requested a continued stay of this action. This Court grants that application and the action is stayed until January 30, 2015. The parties are directed to provide this Court with a status report by January 23, 2015. The parties are further directed to appear for a conference on January 30, 2015 at 11:00 a.m.

Dated: July 30, 2014
       New York, New York

                             SO ORDERED:

                             _____
                             WILLIAM H. PAULEY III
                                  U.S.D.J.

*All Counsel of Record:*