# LATHAM&WATKINS LLP

140 Scott Drive
Menlo Park, California  94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

August 7, 2014

**VIA CM/ECF**

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Intellectual Ventures I LLC et al v. HSBC USA Inc. et al (13 Civ. 5386)

Dear Judge Pauley:

      I have previously appeared and represented Defendants HSBC USA Inc. and HSBC Bank USA, National Association (hereafter "HSBC") in the above referenced matter on behalf of Latham & Watkins LLP -- along with my colleagues, Mr. Clement Naples, Mr. Jeffrey Homrig, Mr. Matthew Moore, Mr. Joseph Lee, Mr. Kristopher Davis, Mr. Michael Gerardi, Mr. Neil Rubin, and Mr. Peter Schmidt.  Following my imminent departure from Latham & Watkins LLP, Mr. Naples, Mr. Homrig, Mr. Moore, Mr. Lee, Mr. Davis, Mr. Gerardi, Mr. Rubin, and Mr. Schmidt, also of Latham & Watkins, LLP, will continue to act as primary counsel for HSBC.  As Latham & Watkins LLP will continue to represent HSBC, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including HSBC).  In light of the foregoing, I respectfully request that that the Court relieve the undersigned as counsel for Defendants HSBC USA Inc. and HSBC Bank USA, National Association, and that the official court docket be amended to reflect this change.

      Thank you for your attention to this request.

Respectfully submitted,

/s/ Shoney A.H. Blake
Shoney A.H. Blake

cc:  All Counsel of Record (via CM/ECF)