

NEW YORK OFFICE

twentieth floor
100 wall street
new york, new york 10005-3708
TEL 212 431 8700 FAX 212 334 1278

OTHER OFFICES

beijing, china
portland, oregon
seattle, washington
washington, d.c.
GSBLAW.COM

**GARVEY SCHUBERT BARER**

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

**RECEIVED**
AUG 13 2014
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

*Please reply to* BENJAMIN D. LIEBOWITZ
*bliebowitz@gsblaw.com* TEL EXT 4535

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/14**

August 11, 2014

**VIA ECF & USPS**

Honorable William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Intellectual Ventures I LLC et al. v. HSBC USA Inc. et al., 13 civ. 5386 (WHP)

Dear Judge Pauley:

I was previously an associate at the law firm of Dunnegan & Scileppi LLC, attorneys for plaintiffs in the above action, and in that capacity represented Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Intellectual Ventures") along with William Dunnegan.

I have recently left Dunnegan & Scileppi and am now an associate at Garvey Schubert Barer.  I have notified both plaintiffs and opposing counsel.

As Garvey Schubert Barer does not represent Intellectual Ventures, I respectfully request that this Court remove my appearance in this case on behalf of the plaintiffs by endorsing this letter.

William Dunnegan will continue to represent Intellectual Ventures in this matter and there will be no delay or disruption of the continuity of this matter as a result of this withdrawal.

Respectfully yours,

GARVEY SCHUBERT BARER

*Ben Liebowitz*

Benjamin D. Liebowitz

*Application granted.*

BDL/ab

*[signature]*
Honorable William H. Pauley III  9/3/14

NY_DOCS:622861.1