DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

July 27, 2015

<u>Via ECF and U.S. Mail</u>

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  <u>Intellectual Ventures v. HSBC Bank</u>
13 Civ. 5386 (WHP)

Dear Judge Pauley:

      We are attorneys for plaintiffs in the above action.

      We are writing, with the consent of counsel for defendants, to request a 30 day adjournment of the conference currently scheduled for July 31, 2015.  The reason for this request is that while the Court of Appeals has invalidated each of the patents that are asserted in this case, plaintiffs are still considering the remaining options available.  There has been no prior request for an adjournment of this conference.

                                      Respectfully yours,

                                      William Dunnegan

Cc:  Matthew Moore, Esq. (By E-mail)
     Kris Davis, Esq. (By E-mail)
     Ian Feinberg, Esq. (By E-mail)