DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/15

July 27, 2015

*The status conference is adjourned and rescheduled for September 25, 201 at 10:30 a.m.*

Via ECF and U.S. Mail

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.            7/29/15

Re: Intellectual Ventures v. HSBC Bank
    13 Civ. 5386 (WHP)

Dear Judge Pauley:

We are attorneys for plaintiffs in the above action.

We are writing, with the consent of counsel for defendants, to request a 30 day adjournment of the conference currently scheduled for July 31, 2015. The reason for this request is that while the Court of Appeals has invalidated each of the patents that are asserted in this case, plaintiffs are still considering the remaining options available. There has been no prior request for an adjournment of this conference.

Respectfully yours,

William Dunnegan

William Dunnegan

Cc: Matthew Moore, Esq. (By E-mail)
    Kris Davis, Esq. (By E-mail)
    Ian Feinberg, Esq. (By E-mail)