USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC<br><br>Plaintiff,<br><br>v.<br><br>HSBC USA INC. AND HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Defendants. | 1:13-cv-5386-WHP (AJP)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC (collectively "Intellectual Ventures"), by and their counsel, hereby give notice that all claims asserted by Intellectual Ventures in the above-captioned action are voluntarily dismissed, with prejudice. HSBC USA, Inc. and HSBC Bank USA, National Association, by and through their counsel, hereby give notice that their defenses and counterclaims in the above-captioned action are dismissed without prejudice. The parties agree that each party shall bear its own fees and costs.

HSBC USA INC. AND HSBC BANK
USA, NATIONAL ASSOCIATION

August 20, 2015

Jeffrey G. Homrig
Latham & Watkins, LLP
140 Scott Drive
Menlo Park, CA 94025
(650)-463-2622
Fax: (650)-463-2600
Email: jeff.homrig@lw.com
shoney.blake@lw.com

INTELLECTUAL VENTURES I LLC
AND INTELLECTUAL VENTURES II
LLC

August 20, 2015

William Dunnegan
Richard Weiss
Laura Scileppi
DUNNEGAN & SCILEPPI LLC
350 5th Avenue
New York, NY 10118
(212)-332-8307

**SO ORDERED:**

8/20/15

WILLIAM H. PAULEY III U.S.D.J.

Clement Joseph Naples
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Email: clement.naples@lw.com

Matthew J. Moore
Michael J. Gerardi
Latham & Watkins LLP
555 Eleventh Street, NW
Washington, DC 20004
(202) 637-2278
Email: matthew.moore@lw.com
Email: peter.schmidt@lw.com
Email: Michael.gerardi@lw.com

Joseph H. Lee
Latham & Watkins LLP
650 Town Center Drive - 20th Floor
Costa Mesa, CA 92626
(714) 755-8046
Email: joseph.lee@lw.com

Neil A. Rubin
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 891-8841
Email: neil.rubin@lw.com

Kristopher R. Davis
Latham & Watkins LLP (IL)
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Email: kris.davis@lw.com

Fax: (212) 332-8301
wd@dunnegan.com, ls@dunnegan.com,
rw@dunnegan.com

Ian N. Feinberg (Cal. Bar No. 88324)
M. Elizabeth Day (Cal. Bar No. 177125)
Marc C. Belloli (Cal. Bar No. 244290)
Sal Lim (Cal. Bar No. 211836)
(Pro hac vice)
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4364
Email: ifeinberg@feinday.com
Email: eday@feinday.com
Email: mbelloli@feinday.com
Email: slim@feinday.com

**IT IS HEREBY SO ORDERED:**

ENTERED on this ____ day of ______________________, 2015.

**WILLIAM H. PAULEY III**
**UNITED STATES DISTRICT JUDGE**